FILED

APR 10 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19MJ1445 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF: |
| v. | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm (Felony); |
| ANDREW MITCHELL (1),<br>BAILEY KINTER (2), | 21 U.S.C. § 841(a)(1) - Possession of Methamphetamine & Heroin with Intent to Distribute (Felony); |
| Defendant(s). | 18 U.S.C. § 924(c)(1)(A) - Possession of a firearm in furtherance of a drug trafficking crime (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| **CASE UNSEALED PER ORDER OF COURT** | |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 13, 2018, within the Southern District of California, defendant Andrew MITCHELL, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Savage Arms 12-gauge shotgun, bearing serial number E624877, and a Smith & Wesson .40 caliber handgun bearing serial number SAF8689; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about November 13, 2018, within the Southern District of California, defendant Andrew MITCHELL, did knowingly and intentionally possess, with intent to distribute a

#1 VRC

mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about November 13, 2018, within the Southern District of California, defendant Andrew MITCHELL, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of heroin; a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about November 13, 2018, within the Southern District of California, defendant Andrew MITCHELL, in furtherance of a drug trafficking crime, namely possessing with the intent to distribute methamphetamine and heroin as charged in Counts Two and Three, did knowingly possess a firearm, that is, a Savage Arms12-gauge shotgun, bearing serial number E624877, and a Smith & Wesson .40 caliber handgun bearing serial number SAF8689;; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

On or about November 17, 2018, within the Southern District of California, defendants Andrew MITCHELL and Bailey KINTER, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of heroin; a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT SIX

On or about November 17, 2018, within the Southern District of California, defendants Andrew MITCHELL and Bailey KINTER, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

The complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

AUSTIN SAILOR
Special Agent, ATF

Sworn to me and subscribed to my presence this 9 day of April, 2019.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 13, 2018, Carlsbad Police Department ("CPD") officers arrested Andrew MITCHELL ("MITCHELL") for burglary after he identified himself as the owner of two stolen laptops using a false name. The arrest occurred at Laptops Plus in Carlsbad, California, within the Southern District of California. During the arrest, officers found key to a Lexus in his pocket and $3,485 in cash. MITCHELL informed them he had driven a Lexus bearing license plate 7WCZ127 to the store, and that the car belonged to him. A records check of the vehicle confirmed that there was a pending master file to MITCHELL. Officers also observed a glass pipe on the front seat, two laptops in the trunk area, and a credit card machine in the rear seat.

MITCHELL did not consent to a search of the vehicle, so officers towed the vehicle and sought a state search warrant. Officers then searched the vehicle pursuant to that warrant and found 2 pounds of a crystal-like substance that tested positive for methamphetamine and 47 grams of a dark brown substance believed to be heroin. They also found clear plastic baggies, a loaded Savage Arms 12-gauge sawed-off shotgun, bearing serial number E624877, a loaded Smith & Wesson .40 caliber handgun bearing serial number SAF8689, clear plastic baggies, credit cards, social security cards, and other personal identifying information belonging to other individuals. Officers also found paperwork in a backpack with MITCHELL's name on it in the trunk of the vehicle, and credit cards and other documents that appeared to belong to MITCHELL in the front and rear seats.

Officers also confirmed that MITCHELL was a previously convicted felon. MITCHELL bailed out of state custody for his burglary charge and attempted to claim the Lexus at a tow yard on November 17, 2018, within the Southern District of California. MITCHELL was driven to the tow yard by Bailey KINTER ("KINTER") in a red Jeep bearing Missouri license plates DR9W1V. Officers observed KINTER driving and MITCHELL in the front seat of the Jeep. Upon arriving, MITCHELL was arrested for the items found during the search of the Lexus.

KINTER denied having anything illegal in the Jeep, stated she left MITCHELL alone in the vehicle briefly when they stopped at Jamba Juice, and consented to a search of the Jeep. A search of the glove box revealed a rental agreement with KINTER's name on it. During a search of the center console, officers located a dark brown substance in an uncapped syringe believed to be heroin directly on top of $2097 in cash. KINTER stated that the money belonged to her, but denied ownership of the syringe. KINTER was then arrested and a further search of the vehicle revealed approximately 8.5 grams of a crystalline substance that tested positive for methamphetamine, and approximately 42.6 grams of a dark brown substance believed to be heroin also in the center console of the vehicle. They also found plastic baggies in a backpack that KINTER claimed was hers in the trunk of the vehicle. Some of the baggies appeared to contain a brown substance that appeared to be heroin.

KINTER was advised of her *Miranda* rights, waived those rights, and stated that she was MITCHELL's girlfriend, that she had agreed to drive him to pick-up his vehicle, and that she was a heroin user. She stated that the cash found in the vehicle belonged to her, but denied ownership of the drugs. Officers also advised MITCHELL of his *Miranda* rights. MITCHELL denied knowledge of the drugs found in the vehicle.

An initial investigation of the firearms found in the Lexus revealed that they were manufactured outside of California and therefore traveled in interstate commerce. Records checks on MITCHELL revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 3/4/13 | CASC-Ontario | VC 10851(A) – Take Vehicle w/o Consent (Felony) | 16 months' prison |
| 10/7/13 | CASC-Tehama | VC 2800.2 – Evade Peace Officer: Disregard Safety (Felony) | 24 months' prison |
| 6/16/16 | CASC – Lompoc | HSC 11379(A) – Transport Cntld Substance (Felony) | 2 years' prison |