NOT FOR PUBLIC VIEW

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>ANDREW MITCHELL<br><br>*Defendant* | ) ) ) Case No. **19MJ1445**<br>) ) ) ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANDREW MITCHELL                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

On or about November 13, 2018, within the Southern District of California, defendant Andrew MITCHELL, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATE: 4/9/19
ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: Maria

Date: 4/9/19

*Issuing officer's signature*

City and state:     San Diego, California          Hon. Barbara L. Major, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*